UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60156-CR-ZLOCH/HUNT

IN RE SEALED INDICTMENT
_____/

FILED by _____ D.C.
JUN 26 2013
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. – MIAMI

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment and any resulting order be SEALED until the arrest of the first defendant or further order of this Court, excepting the United States Attorney's Office, and any agent associated with the investigation, who may obtain copies of any Indictment, or other sealed document for purposes of any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Indictment become public. Should further information be required, the United States is prepared to respond *in camera*.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Cindy J. Cho
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
Court ID No. A5501543
450 5th Street, NW, 6th Floor
Washington, DC 20001
Telephone: (202) 532-4721
Fax: (202) 514-8742